1 McGREGOR W. SCOTT
United States Attorney
2 BOBBIE J. MONTOYA
Assistant U. S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814-2322
4 Telephone: (916) 554-2700

5 Attorneys for Defendant

6                  IN THE UNITED STATES DISTRICT COURT

7                 FOR THE EASTERN DISTRICT OF CALIFORNIA

8 LAURIE MEREDITH,                              CIV-S-04-1605 DAD

9              Plaintiff,                        STIPULATION REMANDING THE
                                                 CASE AND DIRECTING THE CLERK
10   v.                                          TO ENTER JUDGMENT; AND
                                                 ORDER
11 JO ANNE B. BARNHART,
   Commissioner of
12 Social Security,

13              Defendant.

14

15

16        IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

17 with the approval of the Court as provided below, that the Commissioner has agreed to a

18 voluntary remand of this case pursuant to 42 U.S.C. § 1383 (c) (3) and sentence four of 42

19 U.S.C. § 405(g).  Upon receipt of the Court remand order, the Appeals Council will remand this

20 case to a different Administrative Law Judge ("ALJ") to evaluate the claimant's obesity in

21 accordance with Social Security Ruling 02-1p.  The ALJ shall address the notes and opinion of

22 Dr. Jeffrey Kahn and address the issue as to whether Dr. Kahn is a treating physician.  The ALJ

23 shall undertake any additional development the ALJ deems appropriate and issue a new decision.

24        It is further stipulated that the Clerk shall enter a separate judgment, as provided for under

25 Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to Shalala v. Schaefer, 509

26 U.S. 292, 113 S. Ct. 2625 (1993).

27        The parties further stipulate that counsel for Plaintiff will provide a facsimile of this

28 stipulation bearing counsel's signature for retention in Defendant's case file, and hereby

                                            1

1   authorizes counsel for Defendant to file this document in PDF format under the latter's Electronic

2   Case Filing password, pursuant to Local Rule 7-131.

3   DATED: April 22, 2005                          /s/ Bruce J. Hagel
                                                   BRUCE J. HAGEL
4                                                  Attorney at Law

5                                                  Attorney for Plaintiff

6
    DATED: April 25, 2005                          McGREGOR W. SCOTT
7                                                  United States Attorney

8
                                              By:  /s/ Bobbie J. Montoya
9                                                  BOBBIE J. MONTOYA
                                                   Assistant U. S. Attorney
10
                                                   Attorneys for Defendant
11
    OF COUNSEL:
12
    JANICE L. WALLI
13  Chief Counsel, Region IX

14  JOHN N. CARVELAS
    Assistant Regional Counsel
15
    United States Social
16    Security Administration

17

18

19

20

21

22

23

24

25

26

27

28
    RE:      LAURIE MEREDITH v. JO ANNE B. BARNHART, Civ-S-04-1605 DAD, STIPULATION AND ORDER
    STIPULATION REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT; [proposed] ORDER
                                              2

1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814-2322
4  Telephone: (916) 554-2700

5  Attorneys for Defendant

6

                    IN THE UNITED STATES DISTRICT COURT
7
                    FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  | LAURIE MEREDITH,              | CIV-S-04-1605 DAD |

10 |              Plaintiff,        | ORDER REMANDING THE CASE AND DIRECTING THE CLERK TO ENTER JUDGMENT |

11 |    v.                         | |

12 | JO ANNE B. BARNHART,          | |
   | Commissioner of               | |
13 | Social Security,              | |

14 |              Defendant.        | |

15

16

17        Good cause appearing, MEREDITH v. Barnhart, Civ-S-04-1605 DAD, is hereby

18 REMANDED pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with the

19 stipulation of the parties.  The prior administrative decision relative to the claim herein is

20 vacated.  The Clerk is directed to enter Judgment.

21        SO ORDERED.

22 DATED: April 29, 2005.

23

24 _____
   DALE A. DROZD
25 UNITED STATES MAGISTRATE JUDGE

26

27
   Ddad1/orders.socsec/meredith1605.remand
28